UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-cr-755-JFK |
| -against- | ECF CASE |
| FELIZ ROBINSON | NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of the Defendant. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
March 12, 2013

DEBEVOISE & PLIMPTON LLP

By: s/ Helen V. Cantwell
Helen V. Cantwell
hvcantwell@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6312

*Attorney for Defendant*