USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X
UNITED STATES OF AMERICA,             :
                                      :
            -v.-                      :     S7 11 Cr. 755 (JFK)
                                      :          **ORDER**
FELIZ ROBINSON,                       :
                                      :
                      Defendant.      :
------------------------------------ X

    The Court has reviewed the letter from Defense counsel dated February 27, 2013, requesting that Defendant Feliz Robinson be released on bail, as well as the Government's response in opposition, dated March 25, 2013.

    Upon his arrest, Mr. Robinson was detained without bail on consent of the parties and in accordance with the recommendation from Pre-trial Services. Since then, nothing has happened to cause the Court to question this determination. Indeed, as the Government notes, the nature and circumstances of the crime charged and the defendant's criminal history militate in favor of detention.

    In the Court's judgment, no combination of circumstances or conditions could reasonably assure Defendant's appearance in Court when required. Accordingly, Defendant's bail application is denied.

**SO ORDERED.**

Dated:   New York, New York
         March 26, 2013

                                        _/s/ John F. Keenan_
                                        John F. Keenan
                                 United States District Judge