# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

## MEMO ENDORSE[D]

April 24, 2013



BY HAND

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      U.S. v. Feliz Robinson, 11-cr-755

Dear Judge Keenan:

  We represent Robinson Feliz in the above captioned matter. Andrew J. Ceresney, my partner at Debevoise & Plimpton LLP, is CJA-appointed counsel for Mr. Feliz. As of April 29, 2013, Mr. Ceresney will no longer be employed by Debevoise. We respectfully request that his appearance in this matter be withdrawn.

  I and another attorney at Debevoise, Jeremy N. Klatell, have been actively engaged in this representation and already have appearances filed on behalf of Mr. Feliz. I will soon apply to become a member of the CJA panel for the Southern District of New York. We request the Court's permission to allow Debevoise to continue to represent Mr. Feliz until such time as I become a member of the CJA panel, at which point I be appointed CJA counsel for Mr. Feliz.

  We have informed Mr. Feliz of Mr. Ceresney's departure and our intention to continue to represent him. Mr. Feliz consents to our continued representation.

```
The application is denied because
neither Ms. Cantwell nor Mr. Klatell
is a member of the CJA panel.
SO ORDERED.
Dated:  NEw York, N.Y.
        April 29, 2013
```

Respectfully submitted,

Helen V. Cantwell

cc: AUSA Jessica Ortiz
  AUSA Ryan Paul Poscablo

_/s/ John F. Keenan_
U.S.D.J.

2388302v1 • New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai