

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2011

**BY EMAIL**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1930
New York, New York 10007

RECEIVED

July 29, 2013

JUDGE KEENAN'S CHAMBERS

      Re: *United States of America* v. *Feliz Robinson,*
           11 Cr. 755 (JFK)

Dear Judge Keenan:

      At the Court's request, the Government writes in response to the July 16, 2013, letter submitted by Ms. Helen V. Cantwell, Esq., on behalf of Feliz Robinson. The Government takes no position on Ms. Cantwell's request. However, should the Court be inclined to grant her request, the Government proposes that the Court conduct a substitution of counsel hearing with the defendant so he may be allocuted about the change in counsel.

```
A conference for the purpose of
substituting counsel is scheduled
for August 12, 2013 at 11:30 a.m.
SO ORDERED.
Dated:   New York, N.Y.
         July 30, 2013
```

         *John F. Keenan*
         U.S.D.J.

cc:   Helen V. Cantwell, Esq. (via e-mail)

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   *Megan Gaffney*
      Megan Gaffney
      Assistant United States Attorney
      (212) 637-2105

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-13