UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     # 11 CR 755 (JFK)

-v-

Robinson
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

Please be advised that the ~~conference~~ ( sentence ) scheduled for _January 8, 2014_

has been rescheduled to _January 30, 2014_ at _11:45 am_

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

    12-2-2013

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13